# OPINION INFORMATION TO PUBLISHERS

## FROM

## COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

CASE DOCKET NUMBER:          02-17-00400-CV

NAME OF CASE:               DENTON CENTRAL APPRAISAL DISTRICT

                            V.

                            RICHARD SCOTT GLADDEN

DATE OPINION FILED:          JULY 5, 2018

DATE REHEARING FILED:

—————          —————

TRIAL COURT:                393RD DISTRICT COURT

TRIAL COURT JUDGE:           HON. DOUGLAS M. ROBISON

COUNTY:                     DENTON

—————          —————

ATTORNEY FOR APPELLANT:      A. DYLAN WOOD
                            PERDUE, BRANDON, FIELDER,
                            COLLINS & MOTT, L.L.P.
                            AUSTIN, TX

ATTORNEY FOR APPELLEE:       RICHARD GLADDEN
                            LAW OFFICE OF RICHARD
                            GLADDEN
                            DENTON, TX